UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

DAVARIOL MARQUAVIS TAYLOR,

        Plaintiff,

v.

UNKNOWN STUMP et al.,

        Defendants.
_____/

Case No. 1:22-cv-530

Honorable Ray Kent

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** on grounds of immunity and for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated:   July 25, 2022                    /s/ Ray Kent
                                                              Ray Kent
                                                              United States Magistrate Judge